United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MELISSA WHEELER,
    Plaintiff,

v.

AMAZON WEB SERVICES, INC.,
    Defendant.

Civil Action No. 4:22-cv-00370

## ORDER

Before the Court is Defendant Amazon Web Services, Inc.'s and Plaintiff Melissa Wheeler's (collectively, the "Parties") Joint Motion to Stay Trial and All Post-Summary Judgment Deadlines Pending a Ruling on Defendant's Motion for Summary Judgment (the "Joint Motion"). The Court is of the opinion that the Joint Motion is well taken and should be in all things GRANTED. It is therefore **ORDERED** that:

- The following deadlines set forth in the Scheduling Order (Dkt. 21) are stayed:

    o Trial;
    o Final Pretrial Conference;
    o Joint Order; and,
    o All other pre-trial conferences and submission deadliness, including but not limited to, motions in limine.

- If Defendant's motion for summary judgment is denied, within ten days thereof, the Parties will submit to the Court for approval new dates for trial and pre-trial deadlines, including dates for the Joint Order and Final Pretrial Conference.

SIGNED this 13th day of November, 2023

Hon. Andrew S. Hanen, U.S.D.J.