United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA WHEELER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-370 |
| | § | |
| AMAZON WEB SERVICES | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Richard W. Bennett to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Richard W. Bennett for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED this 16th day of May 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE