United States District Court
Southern District of Texas
**ENTERED**
July 22, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MELISSA WHEELER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION No. 4:22-cv-370** |
| § | |
| **AMAZON WEB SERVICES,** § | |
| § | |
| Defendant. § | |

## ORDER

ON THIS DAY the Court has considered Plaintiff Melissa Wheeler's ("Wheeler") Motion for Extension of Time to File Written Objections to the Court's Memorandum and Recommendation. (ECF No. 37). Wheeler has also filed a Motion to Expedite Consideration of Plaintiff's Motion for Extension of Time. (ECF No. 38).

It is ORDERED that Wheeler's Motion for Extension of Time to File Written Objections to the Court's Memorandum and Recommendation (ECF No. 37) is denied. Further, it is ORDERED that Wheeler's Motion to Expedite Consideration of Plaintiff's Motion for Extension of Time (ECF No. 38) is denied as moot.

It is SO ORDERED.

**SIGNED** in Houston, Texas on July 22, 2024.

                                                 Richard W. Bennett
                                        United States Magistrate Judge