United States District Court
Southern District of Texas

**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA WHEELER | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-22-370 |
| | § | |
| AMAZON WEB SERVICES | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. No. 24); the response, reply and sur-reply (Doc. No. 30, 32, 33); and, Judge Sheldon's Memorandum and Recommendation (Doc. No. 36). Plaintiff filed Objections (Doc. No. 40) and Defendant filed a Response to Plaintiff's Objections (Doc. No. 41).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 40) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 36) is **ADOPTED**; and Defendant's Motion for Summary Judgment (Doc. No. 24) is **GRANTED**.

SIGNED this _____18th_____ day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE